The State calls attention to the finding in the judgment that appellant is sixteen years of age, and says that the prosecution is under Art. 802d, V.A.P.C.

■ The charging part of the information is quoted in the original opinion and is deemed insufficient to charge an offense under Art. 802d, V.A.P.C.

The State's motion for rehearing is overruled.

Morris **HUBERT**, Appellant,

v.

**The STATE of Texas, Appellee.**

No. 28835.

Court of Criminal Appeals of Texas.

March 6, 1957.

No attorney on appeal for appellant.

Dan Walton, Dist. Atty., Thomas D. White and Joseph M. Guarino, Asst. Dist. Attys., Houston, and Leon B. Douglas, State's Atty., Austin, for the State.

DAVIDSON, Judge.

This is a conviction for murder, with punishment assessed at eight years in the penitentiary.

■ The statement of facts accompanying this record bears the approving signatures only of counsel for the state. Neither counsel for the appellant, the appellant, himself, nor the trial court has approved the statement of facts.

Under Art. 759a, Vernon's C.C.P., a statement of facts must be approved by the defendant or his counsel and the attorney representing the state, or the trial court.

Not having been approved as required by law, the statement of facts, here, is not subject to consideration by this court.

■ In the absence of a statement of facts, nothing is presented for review.

The judgment is affirmed.